IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 20-12-BLG-DLC-TJC-1 |
|---|---|
| Plaintiff, | **ORDER** |
| vs. | |
| JOSE SANCHEZ MILLER, | |
| Defendant. | |

Defendant has filed a Motion to Reopen the Detention Dearing. (Doc. 48.) Defendant indicates the United States opposes her motion. Accordingly,

IT IS ORDERED that the United States shall file its opposition to Defendant's motion on or before **April 7, 2020**.

DATED this 31st day of March, 2020.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge