IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSIE SANCHEZ MILLER and<br>CHARLES ALLEN WALLETTE,<br><br>Defendant. | CR 20–12–BLG–DLC<br><br><br><br>ORDER |

Before the Court is the United States' Unopposed Motion for Dismissal of Forfeiture Proceedings. (Doc. 106.) The United States requests that, due to administrative forfeiture proceedings, the criminal forfeiture proceedings initiated in the Indictment be dismissed. (*Id.* at 2.) Defendants do not object. (*Id.* at 3.)

Accordingly, IT IS ORDERED that the motion (Doc. 106) is GRANTED.

IT IS FURTHER ORDERED that the all forfeiture proceedings in the above-captioned matter are DISMISSED with prejudice.

DATED this 9th day of June, 2021.

_____
Dana L. Christensen, District Judge
United States District Court

1